IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No.  10-41110-H5-7 |
| | § | |
| RIGID BUILDING SYSTEMS LTD | § | (Chapter 7) |
| | § | |
| DEBTOR. | § | |

**MOTION TO PAY FUNDS INTO THE REGISTRY**
**UNDER 11 U.S.C. § 347(a)**

The undersigned Trustee reports:

__x__   The dividends payable to the creditors listed on Exhibit "A" attached hereto are in an amount less than the amount specified in Bankruptcy Rule 3010.

_____   Payment has been returned as "attempted not known, return to sender", and the dividends payable to the creditors listed on Exhibit "A" attached hereto remain unclaimed.

Pursuant to Bankruptcy Rule 3010 or 3011, as applicable, and U.S.C. §347(a), the undersigned Trustee requests authorization to pay small and/or unclaimed dividends in the total amount shown on said Exhibit "A" for deposit into the United States Treasury, pursuant to Chapter 129 Title 28 (28 U.S.C. 2041, et seq.).

Dated this 7th day of June, 2016

/s/ Lowell T. Cage

_____
LOWELL T. CAGE, Trustee
5851 San Felipe, Suite 950
Houston, Texas 77057
(713) 789-0500

# DIVIDEND REPORT

| | | Page No: | 1 |
|---|---|---|---|

| **Case No:** | 10-41110-H5-7 | **Date Printed:** | 6/6/2016 |
| **Case Name:** | RIGID BUILDING SYSTEMS LTD. | **Check Number:** | 5142 |
| **Trustee Name:** | Lowell Cage | **Check Date:** | 06/03/2016 |

| Claim Number | Claimant Name | Amount Claimed | Amount Paid |
|---|---|---|---|
| 11 | MCMASTER-CARR SUPPLY<br>PO Box 7690<br>Chicago, IL 60680 | $225.11 | $0.58 |
| 12 | PRAXAIR DISTRIBUTION<br>c/o RMS Bankruptcy Recovery Services<br>P.O. Box 5126<br>Timonium, MD 21094 | $1,119.30 | $2.86 |
| 13 | KENT H. LANDSBERG CO<br>Amcor Packaging Distribution<br>853 Camino Del Mar<br>Suite 202<br>Del Mar, CA 92014 | $451.19 | $1.16 |
| 16 | AUTOMATIONDIRECT.COM<br>PO Box 402417<br>Atlanta, GA 30384 | $721.65 | $1.84 |
| 18 | WOOD ALTERNATOR AND STRATER<br>680 Aldine Mailroute<br>Houston, TX 77037 | $182.41 | $0.46 |
| 24 | ULINE<br>2200 S Lakeside Drive<br>Waukegan, IL 60085 | $1,081.58 | $2.75 |
| 30 | MEDICAL PLAZA MOBILE SURVEILLANCE<br>P.O. Box 670<br>La Porte, TX 77572 | $1,275.00 | $3.24 |
| 40 | WOODSTEAD MRI<br>P.O. Box 7865<br>The Woodlands, TX 77387 | $559.64 | $1.42 |
| 45 | LEHUGH OUTFITTERS, LLC<br>PO Box 644755<br>Pittsburgh, PA 152644755 | $593.18 | $1.51 |

# DIVIDEND REPORT

| | | |
|---|---|---|
| Case No: | 10-41110-H5-7 | Date Printed: 6/6/2016 |
| Case Name: | RIGID BUILDING SYSTEMS LTD. | Check Number: 5142 |
| Trustee Name: | Lowell Cage | Check Date: 06/03/2016 |

| Claim Number | Claimant Name | Amount Claimed | Amount Paid |
|---|---|---|---|
| 47 | ATTN: SPECIAL COLLECTIONS DEPT.<br>WW Grainger INC<br>MES17838646545<br>7300 N Melvina<br>Niles, IL 60714 | $1,272.45 | $3.24 |
| 49 | TRIMBLE NAVIGATION LIMITED<br>P.O. Box 390000<br>San Francisco, CA 94139 | $1,652.59 | $4.21 |
| 53 | AMERICAN PUNCH CO<br>1655 Century Corners Pkwy<br>Euclid, OH 44132 | $574.56 | $1.46 |
| 54 | LOUISIANA DEPT OF REVENUE<br>PO Box 66658<br>Baton Rouge, LA 70896 | $1,033.85 | $2.63 |
| 55a | UY, CHARLIE G.<br>13731 Paxton Dr.<br>Houston, TX 770142859 | $1,217.53 | $3.10 |
| 87 | ANGELES, VICENTE<br>12202 Gatemont Court<br>Houston, TX 77066 | $1,310.35 | $3.33 |
| 88 | RABANO, ROSUELO C.<br>13727 Paxton Drive<br>Houston, TX 77014 | $201.59 | $0.51 |
| 97 | FANAIAN, AHMAD<br>6718 Blue Hills Rd.<br>Houston, TX 77069 | $777.00 | $1.98 |
| 56a | OBEY, RONALD J.<br>25403 Winding Creek Court<br>Magnolia, TX 773552160 | $165.30 | $0.42 |

# DIVIDEND REPORT

| Case No: | 10-41110-H5-7 | Date Printed: | 6/6/2016 |
| Case Name: | RIGID BUILDING SYSTEMS LTD. | Check Number: | 5142 |
| Trustee Name: | Lowell Cage | Check Date: | 06/03/2016 |

| Claim Number | Claimant Name | Amount Claimed | Amount Paid |
|---|---|---|---|
| 61a | GONZALES, LEON E.<br>2929 Hirschfield Road<br>Apt 901<br>Spring, TX 77373 | $1,655.93 | $4.21 |
| 63a | FLETCHER, JULIE<br>5402 Trammel Drive<br>Spring, TX 773883288 | $1,057.85 | $2.69 |
| 64a | FLAMIANO, VICTOR<br>13707 Paxton Drive<br>Houston, TX 770142859 | $1,440.97 | $3.67 |
| 69a | GUEL, STEVE<br>2807 Kettle Run<br>Sugar Land, TX 77479 | $400.13 | $1.02 |
| 71a | MARTINEZ, MARTIN<br>8831 Grape<br>Houston, TX 77036 | $104.40 | $0.27 |
| 74a | MONTES, JUAN MANUEL<br>6911 Thrush<br>Houston, TX 77087 | $333.20 | $0.85 |
| 81a | SANCHEZ, AZGAD<br>23210 Tree Bright Ln<br>Spring, TX 77373 | $547.20 | $1.39 |
| 84a | JULE MILLANO<br>12811 Greenwood Forst Dr.<br>Apt. 1206<br>Houston, TX 77066 | $574.54 | $1.46 |
| 92a | ORTIZ, GERARDO<br>14400 59 North<br>Apt. 1204<br>Houston, TX 77396 | $342.00 | $0.87 |

## DIVIDEND REPORT

Page No: 4

| Case No: | 10-41110-H5-7 | Date Printed: | 6/6/2016 |
| Case Name: | RIGID BUILDING SYSTEMS LTD. | Check Number: | 5142 |
| Trustee Name: | Lowell Cage | Check Date: | 06/03/2016 |

| Claim Number | Claimant Name | Amount Claimed | Amount Paid |
|---|---|---|---|
| 93a | SANCHEZ, ABISAI<br>5443 Forest Bridge Way<br>Houston, TX 77066 | $109.84 | $0.28 |
| 95a | ROSARIO, MARITA P.<br>19811 Cypresswood Dale<br>Spring, TX 77373 | $288.64 | $0.73 |
| 101a | RAMIREZ, JOSE A.<br>2527 Quiet Meadows Dr.<br>Houston, TX 77067 | $887.76 | $2.26 |
| 106 | ALBERTO HUERTA<br>22934 Sherioaks Lane<br>Spring, TX 77389 | $64.80 | $0.16 |
| 108 | GUTIERREZ, EDGAR<br>14400 Hwy 59 North<br>#1204<br>Humble, TX 77396 | $374.50 | $0.95 |
| 112 | GONZALEZ, ARMANDO<br>3072 Hohl<br>Houston, TX 77093 | $222.40 | $0.57 |
| 124 | KEMLING, WILBER<br>1500 Hooker St #302<br>Denver, CO 80204 | $346.40 | $0.88 |
| 128 | HARRY STEVE MANNING<br>7310 Foxside Ln<br>Humble, TX 77338 | $604.80 | $1.54 |
| 147 | CABAZOS, JUAN JUAN LUIS JR.<br>2014 Deer Hurst Lane<br>Houston, TX 77088 | $72.00 | $0.18 |

# DIVIDEND REPORT

| | | | |
|---|---|---|---|
| **Case No:** | 10-41110-H5-7 | **Date Printed:** | 6/6/2016 |
| **Case Name:** | RIGID BUILDING SYSTEMS LTD. | **Check Number:** | 5142 |
| **Trustee Name:** | Lowell Cage | **Check Date:** | 06/03/2016 |

| Claim Number | Claimant Name | Amount Claimed | Amount Paid |
|---|---|---|---|
| 148 | BUEZO, HERNANDEZ MANUEL DE JESUS<br>1710 Greens Rd<br>Houston, TX 77032 | $290.00 | $0.74 |
| 149 | GIBSON, SHIRLEY DARLENE<br>7407 Woodpecker Bend<br>Humble, TX 77396 | $609.80 | $1.55 |
| 159 | MANDUJANO, IGNACIO<br>5538 Ashgate Dr.<br>Spring, TX 77373 | $629.28 | $1.60 |
| 167 | SKYLINE DISPLAYS OF HOUSTON<br>7885 Northcourt Rd<br>Houston, Tx 770405497 | $240.00 | $0.61 |
| 171 | MISSOURI DEPARTMENT OF REVENUE<br>General Counsel<br>PO Box 475<br>Jefferson City, MO 651050475 | $168.80 | $0.43 |
| 179a | ARKANSAS DEPT OF FINANCE AND ADMIN<br>Legal Counsel Room 2380<br>P O Box 1272<br>Little Rock, AR 722031272 | $897.90 | $2.28 |
| 158a | NEW YORK STATE DEPARTMENT OF TAXATION<br>Bankruptcy Section<br>PO Box 5300<br>Albany, NY 122050300 | $662.08 | $1.68 |
| 111a | VILLAREAL, ROBERT D.<br>9907 Thistleberry Ln<br>Tomball, TX 77375 | $226.80 | $0.58 |
| 113a | SAUCEDO, FACUNDO M.<br>16213 Market St.<br>Channelview, TX 77530 | $188.64 | $0.48 |

**DIVIDEND REPORT**

Page No: 6

| | |
|---|---|
| **Case No:** 10-41110-H5-7 | **Date Printed:** 6/6/2016 |
| **Case Name:** RIGID BUILDING SYSTEMS LTD. | **Check Number:** 5142 |
| **Trustee Name:** Lowell Cage | **Check Date:** 06/03/2016 |

| Claim Number | Claimant Name | Amount Claimed | Amount Paid |
|---|---|---|---|
| 116a | TRUJILLO, NOEL<br>325 Nicar St.<br>Houston, TX 77037 | $216.00 | $0.55 |
| 118a | SANCHEZ, FLORENCIO<br>11615 Arrow Ridge<br>Houston, TX 77067 | $864.00 | $2.20 |
| 121a | SANCHEZ, REYNOLDO JR.<br>15255 La Jolla<br>Houston, TX 77060 | $453.60 | $1.15 |
| 130a | CHAPA, ALSIDES JR.<br>14720 Sweeney Rd.<br>Houston, TX 77060 | $673.05 | $1.71 |
| 131a | CHAPA, JUAN CARLOS<br>305 Sunny Side<br>Apt #1216<br>Houston, TX 77076 | $199.92 | $0.51 |
| 132a | ANGELES, JAYSON<br>2018 Louetta Stream Way<br>Spring, TX 77388 | $436.13 | $1.11 |
| 133a | CUBILLO, RONALDO<br>21914 Hanover Village Drive<br>Spring, TX 773882865 | $1,498.32 | $3.81 |
| 137a | ALEX, ROGELIO D. JR.<br>20207 Cypresswood Estate Run<br>Spring, TX 773733295 | $755.97 | $1.92 |
| 138a | DANAO, FELICIANO<br>13663 Paxton Drive<br>Houston, TX 77014 | $1,107.96 | $2.82 |

## DIVIDEND REPORT

Page No: 7

| Case No: | 10-41110-H5-7 | Date Printed: | 6/6/2016 |
| Case Name: | RIGID BUILDING SYSTEMS LTD. | Check Number: | 5142 |
| Trustee Name: | Lowell Cage | Check Date: | 06/03/2016 |

| Claim Number | Claimant Name | Amount Claimed | Amount Paid |
|---|---|---|---|
| 141a | BLASER, JOHANNA D.<br>2519 Pinpoint Drive<br>Spring, TX 77373 | $190.38 | $0.48 |

Total Check Amount: $86.89