# EXHIBIT "A"

IN RE:                                          §        Case No. 10-41110-H5-7
                                                §
    RIGID BUILDING SYSTEMS LTD.,        §                (Chapter 7)
                                                §
    DEBTOR.                             §

| Name & Address | Claim No. | Check # | Amount |
|---|---|---|---|

_____ Small Dividends

__X__ Unclaimed Dividends

| | | |
|---|---|---|
| Check #5051     $ 5.26<br>Wheeling Corrugating Co.<br>1134 Market Street<br>Wheeling, WV 26003<br>            Claim #23 | Check #5156     $171.77<br>Stemcor USA, Inc.<br>350 Fifth Avenue, Suite 1526<br>New York, NY 10118<br>            Claim #32 | Check #5158     $6.98<br>The Reynolds Company<br>PO Box 671344<br>Dallas, TX 75267<br>            Claim #34 |
| Check #5065     $419.63<br>Gerardo Ortiz<br>14400 59 North, Apt 1204<br>Houston, TX 77396<br>            Claim #92 | Check #5069     $573.01<br>Ignacio D. Carbajal<br>1710 Greens Road<br>Houston, TX 77032<br>            Claim #96 | Check #5083     $245.60<br>Armando Gonzalez<br>3072 Hohl<br>Houston, TX 77093<br>            Claim #112 |
| Check #5088     $375.47<br>Ariel Fonseca<br>1407 Surlis Drive<br>Houston, TX 77032<br>            Claim #117 | Check #5097     $294.48<br>Chanoa Maestas<br>694 South 1st Avenue<br>Brighton, CO 80601<br>            Claim #127 | Check #5098     $788.47<br>Harry Steve Manning<br>7310 Foxside Lane<br>Humble, TX 77338<br>            Claim #128 |
| Check #5100     $1,775.54<br>Alsides Chapa, Jr.<br>14720 Sweeney<br>Houston, TX 77060<br>            Claim #130 | Check #5106     $1,136.53<br>Carol L. Estes<br>21923 Willow Downs Drive<br>Tomball, TX 77375<br>            Claim #136 | Check #5109     $178.37<br>Cindy B. Barcillano<br>2811 Greenwood Forest Dr.<br>Houston, TX 77066<br>            Claim #140 |
| Check #5173     $165.74<br>Associated Welding Supply<br>PO Box 1149<br>Pearland, TX 77588<br>            Claim #152 | | |

Total Unclaimed Dividends            $ 6,136.85