## EXHIBIT "A"

| | | |
|---|---|---|
| IN RE: | § | Case No.  10-41110-H5-7 |
| | § | |
| **RIGID BUILDING SYSTEMS LTD.,** | § | **(Chapter 7)** |
| | § | |
| **DEBTOR.** | § | |

| Name & Address | Claim No. | Check # | Amount |
|---|---|---|---|

| | | |
|---|---|---|
| Check #5059      Claim #86 | Check #5070      Claim #97 | |
| Jobo Mederos Plancarte | Ahmad Fanaian | |
| 16211 Market St. #5 | 6718 Blue Hills Road | |
| Channelview, TX 77530 | Houston, TX 77069 | |
| $35.58 | $381.35 | |
| | | |
| Check #5071      Claim #98 | Check #5078      Claim #107 | Check #5079      Claim #108 |
| Alberto Ochoa Guerrero | Roberto Hernandez | Edgar Gutierrez |
| 1704 Ronyan St. | 7511 Stallion Trail Dr. | 14400 Hwy 59 North #1204 |
| Houston, TX 77039 | Humble, TX 77338 | Humble, TX 77396 |
| $272.98 | $351.32 | $459.38 |
| | | |
| Check #5081      Claim #110 | Check #5082      Claim #111 | Check #5086      Claim #115 |
| Christian A.  Vega | Robert D.  Villareal | David Solis |
| 19806 Bridge Dale Lane | 9907 Thistleberry | 501 Parker Road |
| Humble, TX 77338 | Tomball, TX 77375 | Houston, TX 77076 |
| $267.23 | $742.08 | $54.70 |
| | | |
| Check #5087      Claim #116 | Check #5092      Claim #121 | Check #5101      Claim #131 |
| Noel Trujillo | Reynoldo Sanchez Jr. | Juan Carlos Chapa |
| 325 Nicar Street | 15255 La Jolla St. | 305 Sunny Side, #1216 |
| Houston, TX 77037 | Houston, TX 77060 | Houston, TX 77076 |
| $795.10 | $159.02 | $613.25 |
| | | |
| Check #5107      Claim #137 | Check #5149      Claim #22 | Check #5167      Claim #70 |
| Rogelio D.  Alex Jr. | Cargill Incorporated | Miroslav Malek |
| 20207 Cypresswood Estate Run | 4004 Beltline Rd. #240 | 12823 Arden Glen Lane |
| Spring, TX 77373 | Addison, TX 75001 | Houston, TX 77044 |
| $1,391.37 | $316.60 | $6.34 |
| | | |
| Check #5168      Claim #100 | Check #5172      Claim #151 | |
| Alex F.  Fajardo | MWI | |
| 4614 Quailgate | 1015 32nd Avenue West | |
| Spring, TX 77373 | Spencer, IA 51301 | |
| $7.80 | $5.61 | |

Total Unclaimed Dividends
$ 5,882.74