**EXHIBIT "A"**

IN RE: § Case No. 10-41110-H5-7
§
RIGID BUILDING SYSTEMS LTD., § (Chapter 7)
§
DEBTOR. §

| Name & Address | Claim No. | Check # | Amount |
|---|---|---|---|

Check #5059   Claim #86
Jobo Mederos Plancarte
16211 Market St. #5
Channelview, TX 77530
$35.58

Check #5070   Claim #97
Ahmad Fanaian
6718 Blue Hills Road
Houston, TX 77069
$381.35

Check #5071   Claim #98
Alberto Ochoa Guerrero
1704 Ronyan St.
Houston, TX 77039
$272.98

Check #5078   Claim #107
Roberto Hernandez
7511 Stallion Trail Dr.
Humble, TX 77338
$351.32

Check #5079   Claim #108
Edgar Gutierrez
14400 Hwy 59 North #1204
Humble, TX 77396
$459.38

Check #5081   Claim #110
Christian A. Vega
19806 Bridge Dale Lane
Humble, TX 77338
$267.23

Check #5082   Claim #111
Robert D. Villareal
9907 Thistleberry
Tomball, TX 77375
$742.08

Check #5086   Claim #115
David Solis
501 Parker Road
Houston, TX 77076
$54.70

Check #5087   Claim #116
Noel Trujillo
325 Nicar Street
Houston, TX 77037
$795.10

Check #5092   Claim #121
Reynoldo Sanchez Jr.
15255 La Jolla St.
Houston, TX 77060
$159.02

Check #5101   Claim #131
Juan Carlos Chapa
305 Sunny Side, #1216
Houston, TX 77076
$613.25

Check #5107   Claim #137
Rogelio D. Alex Jr.
20207 Cypresswood Estate Run
Spring, TX 77373
$1,391.37

Check #5149   Claim #22
Cargill Incorporated
4004 Beltline Rd. #240
Addison, TX 75001
$316.60

Check #5167   Claim #70
Miroslav Malek
12823 Arden Glen Lane
Houston, TX 77044
$6.34

Check #5168   Claim #100
Alex F. Fajardo
4614 Quailgate
Spring, TX 77373
$7.80

Check #5172   Claim #151
MWI
1015 32nd Avenue West
Spencer, IA 51301
$5.61

Total Unclaimed Dividends
$ 5,859.71[1]

---

[1] Amended for total amount of unclaimed dividends only. Original Second Motion was miscalculated.