**EXHIBIT "A"**

| IN RE: | § | Case No. 10-41110-H5-7 |
|---|---|---|
| | § | |
| **RIGID BUILDING SYSTEMS LTD.,** | § | **(Chapter 7)** |
| | § | |
| **DEBTOR.** | § | |

| Name & Address | Claim No. | Check # | Amount |
|---|---|---|---|
| Carol L. Estes<br>2600 S. Kanner Hwy, Unit F4<br>Stuart, FL 34994 | Claim #136a | Check #5188 | $7.52 |

Total Unclaimed Dividends
$ 7.52